UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-360-GCM

| | | |
|---|---|---|
| **DUNRIELLE LEFRANK BLAKENEY,** | ) | |
| Petitioner, | ) ) ) | |
| Vs. | ) ) | ORDER |
| **UNITED STATES OF AMERICA,** | ) ) | |
| Respondent. | ) ) | |

**THIS MATTER** is before the court on the respondent's Motion to Place Motion under 28 U.S.C. § 2255 in Abeyance. Having considered the respondent's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the respondent's Motion to Place Motion Under 28 U.S.C. § 2255 in Abeyance (Doc. No. 6) is GRANTED, and this matter is HELD in abeyance pending issuance of a decision in United States v. Brown, No. 16-7056. After issuance of such decision, the respondent shall have 45 days to Answer or otherwise respond.

Signed: May 9, 2017

Graham C. Mullen
United States District Judge